# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIKA S., <br><br>          Plaintiff, <br><br>     v. <br><br><br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security <br><br>          Defendant. | Case No. 2:20-cv-08457-VBF (GJS) <br><br> ORDER Adopting the Report and Recommendation, Affirming the Commissioner's Decision, Dismissing the Appeal, and Directing Entry of Separate Final Judgment |

The Court **ADOPTS** the well-reasoned Report and Recommendation of United States Magistrate Judge Gail J. Standish.  The decision of the Commissioner of the Social Security Administration is **AFFIRMED** and this action is **DISMISSED WITH PREJUDICE**.

Final judgment consistent with this Order will be entered as a separate document.

IT IS SO ORDERED.

DATED: June 1, 2022                              /s/Valerie Baker Fairbank

                                                                            _____
                                                                            VALERIE BAKER FAIRBANK
                                                                            UNITED STATES DISTRICT JUDGE