JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOMINIKA S., | Case No. 2:20-cv-08457-VBF (GJS) |
| Plaintiff, | |
| v. | JUDGMENT |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security | |
| Defendant. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge Gail J. Standish,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is AFFIRMED and this action is DISMISSED WITH PREJUDICE.

DATED: June 1, 2022                           /s/Valerie Baker Fairbank

                                              _____
                                              VALERIE BAKER FAIRBANK
                                              UNITED STATES DISTRICT JUDGE